**No. 48636.**—Protests 585493–G, etc., of Rosenblum Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 48269. The protests were therefore sustained.